UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAWA SOUMAHORO,<br><br>                    Plaintiffs,<br><br>   -v-<br><br>THE MOUNT SINAI HOSPITAL, <u>et</u> <u>al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 5482 (DEH) (SLC)<br><br><br>**<u>ORDER</u>** |

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 19, in advance of the initial case management conference scheduled for December 10, 2025 (the "Conference"), the parties were required to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "PCMP") by December 3, 2025.  (Dkt. No. 19).  To date, the parties have not filed the PCMP.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the parties' deadline to file the PCMP to **tomorrow, December 5, 2025, by 5:00 p.m. ET at the latest**.  The parties are warned that failure to timely file the PCMP will result in the Court cancelling the Conference.

Dated:     New York, New York
           December 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

1