

Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Email:  npchrysanthem@mdwcg.com
        ifthelen@mdwcg.com

February 17, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

> The parties' request at Dkt. No. 29 is **GRANTED**.  The telephone conference previously scheduled for February 19, 2026 at 10:00 a.m. ET, (Dkt. No. 26), is **ADJOURNED** to **February 26, 2026 at 9:30 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 29.
>
> SO ORDERED.    February 18, 2026
>
> _[signature]_
> SARAH L. CAVE
> United States Magistrate Judge

        Re:    Soumahoro v. The Mount Sinai Hospital, et al.
               25 Civ. 05482 (DEH)(SLC)

Dear Judge Cave:

    On behalf of Defendant Alliance for Positive Change ("Alliance"), we respectfully request a one-week adjournment of the telephonic conference scheduled for February 19, 2026 at 9:30 a.m.

    Both undersigned counsel have previously scheduled court appearances at the same time as the conference and are therefore unavailable. Both Plaintiff and the Co-Defendant consent to this request. We respectfully propose that the conference be rescheduled one-week to February 26, 2026 at 9:30 a.m. or February 27, 2026 at 9:30 a.m.

    This is the first request for an adjournment of this conference. Thank you for your attention to this matter.

        Respectfully submitted,

        By:  _[signature]_
        Nicholas P. Chrysanthem, Esq.
        Isabel F. Thelen, Esq.
        *Attorneys for Defendants The Alliance for Positive Change*
        Wall Street Plaza, 88 Pine Street, 21st Floor
        New York, New York 10005
        Tel.:  (212) 376-6400/(631) 232-6130